IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM A. MISURACA, | No. C-06-4911 MMC |
|     Plaintiff | **ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM** |
| v. | |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, et. al., | |
|     Defendants                  / | |

As plaintiff is an attorney, and all other parties in the above-titled action are represented by counsel, IT IS HEREBY ORDERED that the case is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.

The parties are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked

'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

**IT IS SO ORDERED.**

Dated: December 1, 2006

_____
MAXINE M. CHESNEY
United States District Judge