E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM MISURACA,

        Plaintiff(s),

vs.

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

        Defendant(s).

_____/

NO. C- 06-4911 MMC

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

COURT TRIAL DATE: Monday, __October 15, 2007__ at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be __3 to 4__ days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF : __June 15, 2007__.

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than __Not Applicable__.
    Plaintiff/Defendant: Rebuttal no later than __Not Applicable__.

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF : __Not Applicable__.

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than ___July 13, 2007___, and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge Edward M. Chen to be conducted in late February -early March, his calendar permitting.

PRETRIAL CONFERENCE DATE: _October 2, 2007_ at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5): Lead trial counsel shall meet and confer no later than August 27, 2007.

FURTHER STATUS CONFERENCE: Friday, May 25, 2007 at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, May 18, 2007.

ADDITIONAL ORDERS:


PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: December 4, 2006

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge