MALCOLM A. MISURACA (Bar no. 33553)
1118 Ferdinand Street
Coral Gables, Florida 33134
Phone: (415) 305-5485
Fax: (786) 345-0751
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM A. MISURACA,<br><br>          Plaintiff<br><br>vs.<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU, et al.,<br>          Defendants. | No. C 06-4911 MMC<br><br>DISMISSAL WITH PREJUDICE |

Malcolm A. Misuraca hereby dismisses this action with prejudice.

Dated: April 26, 2007

_____
Malcolm A. Misuraca

Dated: May 14, 2007

IT IS SO ORDERED

Judge Maxine M. Chesney